**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**DAVID W. TAYLOR**                                                                          **PLAINTIFF**
**Reg. #13549-074**

**v.**                                    **Case No. 2:19-cv-00044 BSM**

**DEWAYNE HENDRIX, Warden,**
**Forrest City Federal Correctional Complex**                              **DEFENDANT**


**ORDER**

The  proposed findings and recommendations ("RD") from United States Magistrate

Judge Joe J. Volpe [Doc. No. 20] has been received.  After reviewing the record *do novo*, the

RD is adopted.  David Taylor's petition for a writ of habeas corpus [Doc. No. 1] is denied.

Dewayne Hendrix's motion to dismiss [Doc. No. 19] is granted, and this case is dismissed.

IT IS SO ORDERED this 1st day of July, 2020.


_____
UNITED STATES DISTRICT JUDGE