# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**DAVID W. TAYLOR**  **PLAINTIFF**
Reg. #13549-074

v.  Case No. 2:19-cv-00044 BSM

**DEWAYNE HENDRIX, Warden,**
**Forrest City Federal Correctional Complex**  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 1st day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE